**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LISA SCOTT BOWERS,**

                  **Plaintiff,**

**-vs-**                                                      **Case No. 6:04-cv-1442-Orl-31KRS**

**JAMES T. DREW, et al.,**

                  **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** DEFENDANTS, JAMES T. DREW, M.D. T. JONES, L.P.N. AND J. CANADA, L.P.N.'S, UNOPPOSED MOTION TO PERMIT DEFENDANTS, DREW, JONES AND CANADA, TO APPEAR TELEPHONICALLY AT MEDIATION (Doc. No. 26)
>
> **FILED:** February 16, 2006
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

If the mediator determines that the presence of the individual defendants would assist in resolving the case, he may require that the individual defendants personally appear at any date to

which the mediation is continued.  The Clerk of Court is directed to mail a copy of this Order to Philip Blackburn, the mediator in this case.

**DONE** and **ORDERED** in Orlando, Florida on February 21, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties
Philip Blackburn, Mediator